**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION**

| | | |
|---|---|---|
| CHHANALAL MAGANDAS PATEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 26-00286-CV-W-BP |
| | ) | |
| MARKWAYNE MULLIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO SERVE**

Plaintiff filed this suit on April 2, 2026. Under Federal Rule of Civil Procedure 4(m), Plaintiff had 90 days to serve Defendants, which passed on July 1, 2026, without any proof of service on, or entry of appearance by, any Defendant. Accordingly, on August 6, 2026, the Court issued an Order directing Plaintiff to show cause why the case should not be dismissed.

Plaintiff did not respond by the deadline specified in the Order, and no proof of service has not been filed. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** for failure to effectuate service.[1]

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, JUDGE
UNITED STATES DISTRICT COURT

DATE: August 24, 2026

[1] Plaintiff has filed a separate lawsuit similar to this one; the case number is 26-00710-CV-W-BP. Because this dismissal is without prejudice, it has no effect on Plaintiff's other lawsuit.